UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 1 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § |
| JAMES GRAVES | § CRIMINAL NO. H-15-537 |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### INTRODUCTION

At all times relevant to this indictment:

1. Defendant, JAMES GRAVES, was an employee working as a correctional officer for the Federal Bureau of Prisons at the Federal Prison Camp in Bryan, Texas, in the Southern District of Texas.

2. The Department of Justice, Office of the Inspector General ("OIG") was conducting a federal criminal investigation into allegations that defendant, JAMES GRAVES, committed one or more federal violations while on duty as a correctional officer at the Federal Prison Camp.

### COUNT ONE

In or about September 2014, at the Federal Prison Camp, located in Bryan, Texas, within the Southern District of Texas, defendant, JAMES GRAVES, a correctional officer at the Federal Prison Camp, a Federal Prison, did knowingly engage in a sexual act with "P.R.," having the vulva of "P.R." contact the penis of JAMES GRAVES and at the time of the sexual act, "P.R."

was in official detention at the Federal Prison Camp and under the custodial, supervisory or disciplinary authority of JAMES GRAVES.

In violation of Title 18, United States Code, Section 2243 (b).

## COUNT TWO

In or about November 2014, at the Federal Prison Camp, located in Bryan, Texas, within the Southern District of Texas, defendant, JAMES GRAVES, a correctional officer at the Federal Prison Camp, a Federal Prison, did knowingly engage in a sexual act with "P.R.," having the vulva of "P.R." contact the penis of JAMES GRAVES, and at the time of the sexual act, "P.R." was in official detention at the Federal Prison Camp and under the custodial, supervisory or disciplinary authority of JAMES GRAVES.

In violation of Title 18, United States Code, Section 2243 (b).

## COUNT THREE

In or about June, 2014, at the Federal Prison Camp, located in Bryan, Texas, within the Southern District of Texas, defendant, JAMES GRAVES, a correctional officer at the Federal Prison Camp, a Federal Prison, did knowingly engage in a sexual act with "K.W." having the vulva of "K.W." contact the penis of JAMES GRAVES. At the time of the sexual act, "K.W.", was in official detention at the Federal Prison Camp and under the custodial, supervisory or disciplinary authority of JAMES GRAVES.

In violation of Title 18, United States Code, Section 2243 (b).

## COUNT FOUR

In or about June 2014, at the Federal Prison Camp, located in Bryan, Texas, within the Southern District of Texas, defendant, JAMES GRAVES, a correctional officer at the Federal Prison Camp, a Federal Prison, did knowingly engage in a sexual act with "K.W." by the mouth of "K.W." contacting the penis of JAMES GRAVES. At the time of the sexual act, "K.W.," was in official detention at the Federal Prison Camp and under the custodial, supervisory or disciplinary authority of JAMES GRAVES.

In violation of Title 18, United States Code, Section 2243 (b).

A TRUE BILL:

Original Signature on File

**FOREPERSON OF THE GRAND JURY**

**KENNETH MAGIDSON**
**UNITED STATES ATTORNEY**

By: _____
Ruben R. Perez
Assistant United States Attorney

By: _____
Jill Stotts
Assistant United States Attorney